ANDREW JANZ (SBN 287672)
Fresno City Attorney
andrew.janz@fresno.gov
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile:  (559) 457-1084

*Attorney for Plaintiff*
CITY OF FRESNO

THOMAS FAUGHNAN (SBN 155238)
Chief Deputy County Counsel
tfaughnan@counsel.lacounty.gov
MICHAEL S BUENNAGEL (SBN 259000)
Senior Deputy County Counsel
mbuennagel@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
COUNTY OF LOS ANGELES
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 584-1473
Facsimile: (213) 617-7182

*Attorneys for Plaintiff*
THE COUNTY OF LOS ANGELES

AMBER HOLDERNESS (SBN 252363)
Chief Assistant County Counsel
aholderness@countyofsb.org
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
Telephone: (805) 568-2950
Facsimile: (805) 568-2982

*Attorneys for Plaintiff*
COUNTY OF SANTA BARBARA

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF SANTA CLARA;
CITY OF REDWOOD CITY; CITY OF SANTA
CRUZ; CITY OF BEAVERTON; CITY OF
CORVALLIS; CITY OF HILLSBORO; CITY OF
STOCKTON; COUNTY OF SAN DIEGO;
COUNTY OF LOS ANGELES; COUNTY OF
SANTA BARBARA

RENNE PUBLIC LAW GROUP
Attorneys at Law

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CITY OF FRESNO et al.,

    Plaintiffs,

v.

KRISTI NOEM in her official capacity as Secretary of Homeland Security et al.,

    Defendants.

Case No. 5:26-cv-01535-WHO

**DECLARATION OF NAVJOT KAUR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Complaint Filed: February 20, 2026

Hon. William H. Orrick

I, NAVJOT KAUR, declare and state the following:

1.    I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on my personal knowledge and review of relevant business records.

2.    I am the Administrative Deputy for County of Los Angeles ("County") District Attorney's Office ("DA"). I have been in this position since 2023. Prior to my current position, I served as the Administrative Deputy with the Treasurer Tax Collector ("TTC"). I have over 27 years of experience as a Los Angeles County employee in several County departments, including TTC, Registrar-Recorder, and two separate stints for the DA.

3.    As the Administrative Deputy for the DA, I oversee all administrative activities related to budget and fiscal operations, grant application and administration, contracting, systems (including network administration), human resources, property management, and procurement.

4.    The Los Angeles County DA is the largest local prosecutorial office in the United States. The DA prosecutes cases in a large geographical area covering 4,084 square miles. Its jurisdiction stretches from the Antelope Valley to Long Beach and from Pomona to Malibu. Los Angeles County, with more than 10 million residents, is the nation's most populous county, larger in population than 42 states. Nearly 1,000 deputy district attorneys in the office review investigations conducted by law enforcement agencies and decide whether there is sufficient evidence to file criminal charges. They also

NAVJOT KUAR DECL. ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 5:26-CV-01535-WHO

RENNE PUBLIC LAW GROUP
Attorneys at Law

decide what charge or charges, if any, are appropriate based on the evidence presented. Prosecutors handle court proceedings, including trials, that may follow the filing of criminal charges. Deputy district attorneys also are assigned to specialized units established to combat public corruption, organized crime, family violence, hate crimes, elder abuse, consumer fraud, and other high-impact crimes. The office also maintains a staff of nearly 300 sworn peace officers, known as DA investigators, who conduct some of the most unique, sensitive, and complex criminal investigations in law enforcement. DA investigators function primarily to provide prosecution support to deputy district attorneys. They locate and process witnesses and conduct supplemental pretrial investigations to help strengthen the prosecution's case. In some cases, such as those involving public corruption, they conduct their own independent investigations. More than 800 clerical and support staff round out the office. They include victim services representatives, who assist and guide crime victims through the criminal justice system.

5. The DA has applied for a United States Department of Justice, Office for Victims of Crime ("DOJ OVC"), FY 2025 Services for Victims of Crime grant in the amount of $500,000 to implement the Services to Victims of Gang Violence Program that is intended to strengthen and expand services to help victims rebuild their lives after gang violence. Project activities include: crisis intervention; emergency assistance; victim advocacy, including providing information about crime victims' rights and services to help clients exercise their rights as crime victims within the criminal justice process; providing resources and referrals for counseling and other necessary services; victim compensation assistance; court escort and support; case status and updates. The DA has not received a notice of award for this grant.

6. It is the DA's understanding that if it is awarded the grant, the DA will have to certify that compliance with federal civil rights and nondiscrimination laws is material to the government's decisions to award and make payment under the program, including for purposes of the False Claims Act, and that the County does not operate any programs (including any such programs having components relating to diversity, equity, and inclusion ("DEI")) that violate any applicable Federal civil rights or nondiscrimination laws.

7. In addition, the DA understands that the DOJ OVC is also prohibiting the use of the funds for the following activities:

-2-

RENNE PUBLIC LAW GROUP
Attorneys at Law

- "Any program or activity that, directly or indirectly, violates (or promotes or facilitates the violation of) federal immigration law (including 8 U.S.C. § 1373) or impedes or hinders the enforcement of federal immigration law—including by failing to comply with 8 U.S.C. § 1373, give access to DHS agents, or honor DHS requests and provide requested notice to DHS agents;" and

- "Any program or activity that violates any applicable Federal civil rights or nondiscrimination law. This includes violations that (1) indirectly violate the law, including by promoting or facilitating violations, or (2) unlawfully favor individuals in any race or protected group, including on a majority or minority, or privileged or unprivileged, basis, within a given area, population, or sector."

8.    The DA anticipates that the DOJ OVC will impose the above conditions with respect to the above-referenced grant, and will also require them in future awards.

9.    Previously, the DA declined to apply for a DOJ Bureau of Justice Assistance (BJA) FY25 National Sexual Assault Kit Initiative (SAKI) for $2.5 million to work through the County's backlog of unsubmitted and partially tested sexual assault kits and to enhance victim services and support for past and current victims of sexual assault because the application required the submittal of DEI and immigration-related certifications, and also included immigration related priorities and DEI and immigration-related unallowable uses similar to the DOJ OVC grant.  These conditions, certifications, and restrictions are unrelated to the testing of sexual assault kits.  The DA anticipates the DOJ would impose similar conditions, certifications, and restrictions on future grant awards.

10.    Potential loss of this federal funding and the opportunity to receive future federal funding will irreparably harm the County, its residents, and the communities it serves by limiting the DA's ability to ensure accountability, prosecution, justice for victims of sexual assault, and community safety by timely and effectively prosecuting sex offenders and ensuring proper victim services and support for past and current victims of sexual assault.

11.     In addition, the loss of these grant funds would create a significant resource shortfall that

may require the DA's Office to discontinue program expansion efforts intended to support crime victims.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this __24__ day of March 2026.

_____

NAVJOT KAUR

NAVJOT KUAR DECL. ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 5:26-CV-01535-WHO