ANDREW JANZ (SBN 287672)
Fresno City Attorney
andrew.janz@fresno.gov
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile:  (559) 457-1084

Attorney for Plaintiff
CITY OF FRESNO

THOMAS FAUGHNAN (SBN 155238)
Chief Deputy County Counsel
tfaughnan@counsel.lacounty.gov
MICHAEL S BUENNAGEL (SBN 259000)
Senior Deputy County Counsel
mbuennagel@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
COUNTY OF LOS ANGELES
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 584-1473
Facsimile: (213) 617-7182

*Attorneys for Plaintiff*
THE COUNTY OF LOS ANGELES

AMBER HOLDERNESS (SBN 252363)
Chief Assistant County Counsel
aholderness@countyofsb.org
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
Telephone: (805) 568-2950
Facsimile: (805) 568-2982

Attorneys for Plaintiff
COUNTY OF SANTA BARBARA

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
MAXWELL S. PELTZ (SBN 183662)
mpeltz@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
TAYLOR P. COLE (SBN 367646)
tcole@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF SANTA CLARA;
CITY OF REDWOOD CITY; CITY OF SANTA
CRUZ; CITY OF BEAVERTON; CITY OF
CORVALLIS; CITY OF HILLSBORO; CITY OF
STOCKTON; COUNTY OF SAN DIEGO;
COUNTY OF LOS ANGELES; COUNTY OF
SANTA BARBARA

RENNE PUBLIC LAW GROUP
Attorneys at Law

-1-

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR
PRELIMINARY RELIEF UNDER 5 U.S.C. § 705 - Case No. 3:26-cv-01535-WHO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO, et al., | Case No. 3:26-cv-01535-WHO |
| Plaintiffs, | *Assigned to Hon. William H. Orrick* |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR PRELIMINARY RELIEF UNDER 5 U.S.C. § 705** |
| KRISTI NOEM, et al., | |
| Defendants. | Date:         June 10, 2026<br>Time:        2:00 p.m.<br>Dept:        Courtroom 2 – 17th Floor<br>                by Zoom Videoconference |
| | Case Filed:  February 20, 2026 |

Plaintiffs, City of Fresno; City of Santa Clara; City of Redwood City; City of Santa Cruz; City of Beaverton; City of Corvallis; City of Hillsboro; City of Stockton; County of San Diego; County of Los Angeles; and County of Santa Barbara's motion for preliminary injunction and preliminary relief under 5 U.S.C. § 705 came on regularly for hearing on June 10, 2026 before this Court, the Honorable William H. Orrick presiding.

For the reasons set forth in the Court's order, the Court hereby **ORDERS**:

1. The U.S. Department of Homeland Security (DHS), the Federal Emergency Management Agency (FEMA), the U.S. Department of Justice (DOJ), the U.S. Department of the Interior (DOI), and their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with them (collectively "Enjoined Parties") **ARE RESTRAINED AND ENJOINED** from directly or indirectly imposing or enforcing the Challenged Conditions, as defined in the Court's Order, or any materially similar terms or conditions with respect to any grants or other funding applicable to the Plaintiffs or their subrecipients; (2) requiring the Plaintiffs to make any certification or other representation related to compliance with such terms or conditions; or (3) refusing to issue, process, or sign agreements, as to Plaintiffs, based on the Challenged Conditions or

RENNE PUBLIC LAW GROUP
Attorneys at Law

RENNE PUBLIC LAW GROUP
Attorneys at Law

Plaintiffs' participation in this lawsuit.

2.  The Enjoined Parties shall immediately treat any actions taken to implement or enforce the Challenged Conditions or any materially similar terms or conditions as to Plaintiffs, or their subrecipients, including but not limited to any delays or withholding of funds based on such conditions, as null, void, and rescinded; shall, while this preliminary injunction is in effect, treat any such conditions included in any grant agreement executed by Plaintiffs or their subrecipients as null and void; and may not retroactively apply such conditions to grant agreements during the effective period of this preliminary injunction.

3.  Pursuant to 5 U.S.C. § 705, the Court postpones the effective date of any action by the Enjoined Parties to adopt, issue, or enforce the Challenged Conditions pending conclusion of this litigation.

4.  The Enjoined Parties shall immediately take every step necessary to effectuate this order, including clearing any administrative, operational, or technical hurdles.

5.  The Enjoined Parties shall provide notice of this Order within 72 hours of entry to their employees, and anyone acting in concert with them.  The Enjoined Parties shall file a copy of the notice on the docket within 72 hours of its dissemination.

6.  This order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and 5 U.S.C. §§ 705 and 706 and shall remain in effect pending further orders from this Court.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
Hon. William H. Orrick
District Judge