ANDREW JANZ (SBN 287672)
Fresno City Attorney
andrew.janz@fresno.gov
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile:  (559) 457-1084

*Attorney for Plaintiff*
CITY OF FRESNO

AMBER HOLDERNESS (SBN 252363)
Chief Assistant County Counsel
aholderness@countyofsb.org
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
Telephone: (805) 568-2950
Facsimile: (805) 568-2982

*Attorneys for Plaintiff*
COUNTY OF SANTA BARBARA

THOMAS FAUGHNAN (SBN 155238)
Chief Deputy County Counsel
tfaughnan@counsel.lacounty.gov
MICHAEL S BUENNAGEL (SBN 259000)
Senior Deputy County Counsel
mbuennagel@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
COUNTY OF LOS ANGELES
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 584-1473
Facsimile: (213) 617-7182

*Attorneys for Plaintiff*
THE COUNTY OF LOS ANGELES

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
MAWELL S. PELTZ (SBN 183662)
mpeltz@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF SANTA CLARA;
CITY OF REDWOOD CITY; CITY OF SANTA
CRUZ; CITY OF BEAVERTON; CITY OF
CORVALLIS; CITY OF HILLSBORO; CITY OF
STOCKTON; COUNTY OF SAN DIEGO;
COUNTY OF LOS ANGELES; COUNTY OF
SANTA BARBARA

RENNE PUBLIC LAW GROUP
Attorneys at Law

-1-

STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY INJUNCTION HEARING, DEADLINE TO FILE REPLY, AND CASE MANAGEMENT CONFERENCE - Case No. 3:26-cv-01535-WHO

RENNE PUBLIC LAW GROUP
Attorneys at Law

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF FRESNO; CITY OF SANTA CLARA; CITY OF REDWOOD CITY; CITY OF SANTA CRUZ; CITY OF BEAVERTON; CITY OF CORVALLIS; CITY OF HILLSBORO; CITY OF STOCKTON; COUNTY OF SAN DIEGO; COUNTY OF LOS ANGELES; COUNTY OF SANTA BARBARA, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM in her official capacity as Secretary of Homeland Security; the U.S. DEPARTMENT OF HOMELAND SECURITY; KAREN EVANS in her official capacity as Acting Administrator of Federal Emergency Management Agency; the FEDERAL EMERGENCY MANAGEMENT AGENCY; DOUG BURGUM in his official capacity as Secretary of the Interior; the U.S. DEPARTMENT OF THE INTERIOR; PAMELA BONDI in her official capacity as Attorney General; the U.S. DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No. 3:26-cv-01535-WHO <br><br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY INJUNCTION HEARING, DEADLINE TO FILE REPLY, AND CASE MANAGEMENT CONFERENCE** <br><br><br> Complaint Filed: February 20, 2026 <br><br><br><br> The Honorable William H. Orrick |

Subject to the Court's approval, Plaintiffs, City of Fresno *et al*. ("Plaintiffs"), and Defendants, Kristi Noem *et al*. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on April 29, 2026, this Court granted Plaintiffs' administrative motion for leave to file a brief of not greater than 45 pages in support of its motion for preliminary injunction (Dkt. 18);

WHEREAS, on May 4, 2026, Plaintiffs filed a Notice of Motion and Motion for Preliminary Injunction and for Preliminary Relief Under 5 U.S.C. § 705 (Dkt. 20);

WHEREAS, said motion is currently set to be heard by this Court on June 10, 2026;

WHEREAS, Plaintiffs' motion for preliminary injunction is 45 pages, and Defendants' opposition (Dkt. 22) is 33 pages;

-3-

WHEREAS, under Civil Local Rule 7-3(c), Plaintiffs' reply is due on May 26, 2026;

WHEREAS, the Case Management Conference was scheduled for May 26, 2026, and the Case Management Statement was due on May 19, 2026;

WHEREAS, on May 21, 2026, this Court reset the Case Management Conference to June 10, 2026, to coincide with the hearing on the Motion for Preliminary Injunction and set  June 3, 2026, as the due date for the Case Management Statement;

WHEREAS, the Parties have met and conferred regarding rescheduling the hearing, the reply due date, and the case management conference in order to accommodate all counsel's calendars.

NOW, THEREFORE, the parties hereby stipulate and agree, subject to Court approval, as follows:

1. that the hearing on Plaintiffs' Motion for Preliminary Injunction and for Preliminary Relief Under 5 U.S.C. § 705 be continued to June 17, 2026, or as soon thereafter as the matter may be set;

2. that Plaintiffs reserve the right to request that the Court advance the hearing to an earlier date on the ground that any of the Defendants have, in the interim, taken any action impacting Plaintiffs' interests;

3. that the deadline for Plaintiffs' to file a reply be continued to May 27, 2026; and

4. that the Case Management Conference be continued until to June 17, 2026,—and that the Case Management Statement be due on June 10, 2026.

STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY INJUNCTION HEARING, DEADLINE TO FILE REPLY, AND CASE MANAGEMENT CONFERENCE - Case No. 3:26-cv-01535-WHO

RENNE PUBLIC LAW GROUP
Attorneys at Law

Dated:  May 21, 2026

Respectfully submitted,

RENNE PUBLIC LAW GROUP

By: _____*/s/ James R. Ross*_____
          JAMES R. ROSS

Attorneys for Plaintiffs
CITY OF FRESNO; CITY OF SANTA CLARA; CITY OF REDWOOD CITY; CITY OF SANTA CRUZ; CITY OF BEAVERTON; CITY OF CORVALLIS; CITY OF HILLSBORO; CITY OF STOCKTON; COUNTY OF SAN DIEGO; COUNTY OF LOS ANGELES; COUNTY OF SANTA BARBARA

Dated:  May 21, 2026

CRAIG H. MISSAKIAN
United States Attorney

_____*/s/ Jevechius D. Bernardoni*_____
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

*Attorneys for Defendants*

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

RENNE PUBLIC LAW GROUP
Attorneys at Law

-4-

STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY INJUNCTION HEARING, DEADLINE TO FILE REPLY, AND CASE MANAGEMENT CONFERENCE - Case No. 3:26-cv-01535-WHO

-5-

## [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, IT IS ORDERED THAT:

1.  the hearing on Plaintiffs' Motion for Preliminary Injunction and for Preliminary Relief Under 5 U.S.C. § 705 shall be continued to June 17, 2026, at 2:00 p.m.;

2.  Plaintiffs may request that the Court advance the hearing to an earlier date on the ground that any of the Defendants have, in the interim, taken any action impacting Plaintiffs' interests;

3.  the deadline for Plaintiffs' to file a reply shall be continued to May 27, 2026; and

4.  the Case Management Conference shall be continued to June 17, 2026, at 2:00 p.m., and the case management statement shall be due on June 10, 2026.


IT IS SO ORDERED.


Dated: _____, 2026          _____
                                          Hon. William H. Orrick

RENNE PUBLIC LAW GROUP
Attorneys at Law

-5-

STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY INJUNCTION HEARING, DEADLINE TO FILE REPLY, AND CASE MANAGEMENT CONFERENCE - Case No. 3:26-cv-01535-WHO