ANDREW JANZ (SBN 287672)
Fresno City Attorney
andrew.janz@fresno.gov
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile:  (559) 457-1084

*Attorney for Plaintiff*
CITY OF FRESNO

THOMAS FAUGHNAN (SBN 155238)
Chief Deputy County Counsel
tfaughnan@counsel.lacounty.gov
MICHAEL S BUENNAGEL (SBN 259000)
Senior Deputy County Counsel
mbuennagel@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
COUNTY OF LOS ANGELES
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 584-1473
Facsimile: (213) 617-7182

*Attorneys for Plaintiff*
THE COUNTY OF LOS ANGELES

AMBER HOLDERNESS (SBN 252363)
Chief Assistant County Counsel
aholderness@countyofsb.org
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
Telephone: (805) 568-2950
Facsimile: (805) 568-2982

*Attorneys for Plaintiff*
COUNTY OF SANTA BARBARA

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
TAYLOR P. COLE (SBN 367646)
tcole@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF SANTA CLARA;
CITY OF REDWOOD CITY; CITY OF SANTA
CRUZ; CITY OF BEAVERTON; CITY OF
CORVALLIS; CITY OF HILLSBORO; CITY OF
STOCKTON; COUNTY OF SAN DIEGO;
COUNTY OF LOS ANGELES; COUNTY OF
SANTA BARBARA

RENNE PUBLIC LAW GROUP
Attorneys at Law

-1-

SUPP. STRONG DEC ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 5:26-CV-01535-WHO

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CITY OF FRESNO et al.,

    Plaintiffs,

v.

KRISTI NOEM in her official capacity as Secretary of Homeland Security et al.,

    Defendants.

Case No.: 5:26-cv-01535-WHO

**SUPPLEMENTAL DECLARATION OF ANDREW STRONG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Complaint Filed: February 20, 2026

*Assigned to Hon. William H. Orrick*

I, Andrew Strong, declare:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make this declaration based on my own personal knowledge.

2. I am the Deputy Chief Administrative Officer of the Public Safety Group ("PSG") for the County of San Diego ("the County").

3. The County has recently applied for the following federal funds:

    a. $2,986,228 in Department of Justice ("DOJ") Bureau of Justice ("BJA") FY25 Public Safety and Mental Health Initiative ("PMSHI") Grant.

    b. $464,783 in DOJ National Institute of Justice ("NIJ") FY25 Research and Evaluation on Violence Against Women.

    c. $690,432 in FY25 Emergency Management Performance Grant ("EMPG") funds from the U.S. Department of Homeland Security ("DHS"), as a subrecipient through California's Office of Emergency Services ("OES").

    d. $3,154,001 in FY25 State Homeland Security Grant Program ("SHSP") from DHS.

    e. $352,887 in FY25 Urban Area Security Initiative (UASI) from DHS, as a subrecipient through California's OES.

-2-

SUPP. STRONG DEC ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 5:26-CV-01535-WHO

RENNE PUBLIC LAW GROUP
Attorneys at Law

4.      Currently, the County is working on applications for the following:

a.      $4,000,000 in DOJ BJA FY25 Justice Reinvestment Initiative.

5.      The BJA PSMHI funding will be used to support coordinated, direct intervention efforts across public safety, justice, mental health, and substance use agencies to increase access to mental health and substance use treatment through civil commitment, institutional treatment, and step-down approaches from pre-arrest through reentry, using accountability measures that ensure compliance with treatment plans.

6.      The NIJ Research and Evaluation on Violence Against Women funding will be used to conduct research on survivors of human trafficking and some funding for a County-contracted provider for human trafficking services.

7.      The EMPG funds will be used to enhance and sustain comprehensive emergency management capabilities across the San Diego Operational Area, including troubleshooting and maintenance of Emergency Operations Center ("EOC") systems, managing contract support for technology infrastructure, testing and upkeeping essential EOC equipment, creating and updating departmental emergency plans, training, day-to-day emergency functions, and to support the AlertSanDiego emergency mass notification system among other programs.

8.      The SHSP funds will be used to support Homeland Security Grant Program projects to enhance regional readiness, strengthen terrorism prevention capabilities, and improve multi-agency coordination, including updates to County emergency plans, election security procedures, information sharing systems, and sustaining crisis management platforms.  In addition, the funding will be used to strengthen mass care capabilities through shelter equipment upgrades and enhanced readiness.

9.      The UASI grant funds passed through the California Governor's OES will significantly bolster the region's ability to prevent, protect, respond to, and recover from terrorist threats and catastrophic events by providing essential resources and support.  If the County receives the funding, the funding will likely be used to purchase Mass Decontamination Units ("MDU").  MDUs are critical for emergency preparedness and response, including mass-casualty incidents, the continuity of essential government or private-sector services and operations, and the training of regular and auxiliary firefighters and other first responders.

-3-

RENNE PUBLIC LAW GROUP
Attorneys at Law

10.    The BJA Justice Reinvestment Initiative will fund technology upgrades for maintenance, data evaluation, and staffing.

11.    If the County is forced to forego these federal funds, its ability to maintain critical emergency services infrastructure and respond effectively to emergencies, terrorism threats, and mass casualty events will be significantly affected.  The loss of funding would also hinder the County's efforts to address countywide mental health and substance use disorders, as well as its ability to combat human trafficking and violence against women

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed at San Diego, California on May 26, 2026.

Andrew Strong
Deputy Chief Administrative Officer
Public Safety Group
County of San Diego

SUPP. STRONG DEC ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 5:26-CV-01535-WHO