UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY OF FRESNO, et al.,

          Plaintiffs,

    v.

KRISTI NOEM, et al.,

          Defendants.

Case No. 26-cv-01535-WHO

**ORDER REQUIRING RESPONSE FROM PLAINTIFF CITY OF SANTA CRUZ**

On or before Monday, June 22, 2026, plaintiff City of Santa Cruz shall update the declaration of Elizabeth Cabell dated April 6, 2026, with respect to the current status of the City's application to the Bureau of Reclamation for new water supply projects through the WaterSMART Grant programs or of any other applications for grants from programs utilizing Department of the Interior funding that include the "Challenged Conditions" (as that term is used in plaintiffs' memorandum in support of a preliminary injunction).

    **IT IS SO ORDERED.**

Dated: June 17, 2026



William H. Orrick
United States District Judge